*B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* Jackson, Appellant.

Submitted March 15, 1971. *Austin J. McGreal,* and *Stahl & McGreal,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jackson, Appellant.

Submitted March 15, 1971. *Richard A. DeMichele,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jamison, Appellant.

Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.